IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM D. CARROLL,**

    **Petitioner,**

v.                                        Case No.  4:16cv130-MW/CAS

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.4, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 5.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "This cause is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings."  The Clerk shall

1

close the file.

**SO ORDERED on March 22, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**
